No. 339. Ah Sou, Appellant, v. The United States. Appeal from the United States Circuit Court of Appeals for the Ninth Circuit. Motions to dismiss or affirm submitted December 11, 1905. Decided December 18, 1905. *Per Curiam.* Dismissed for the want of jurisdiction. 132 Fed. Rep.

878; 138 Fed. Rep. 775; *Barry* v. *Mercein*, 5 How. 103, 120; *Kurtz* v. *Moffitt*, 115 U. S. 487; *Lau Ow Bew* v. *United States*, 144 U. S. 47, 58; *Western Union Telegraph Company* v. *Ann Arbor Railroad Company*, 178 U. S. 239; *Farrell* v. *O'Brien*, 199 U. S. 89; *Fong Yue Ting* v. *United States*, 149 U. S. 698, 730; *Chin Bak Kan* v. *United States*, 186 U. S. 193; *Tom Hong* v. *United States*, 193 U. S. 517; *Turner* v. *Williams*, 194 U. S. 279. Mr. John M. Thurston for appellant. The Attorney General and The Solicitor General for appellee.